UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 06-428(DAR) |
| v. | ) | |
| DOMINIQUE L. CAMPBELL | ) | |

**DEFENDANT'S MOTION TO CONTINUE THE DETENTION AND PRELIMINARY HEARING AND FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT**

Dominique L. Campbell, through undersigned counsel, respectfully moves the Court to continue the consolidated detention and preliminary hearing scheduled for Friday, October 20, 2006 at 9:30 and to exclude twenty one (21) days form the Speedy Trial Act.

In support of the Motion, undersigned states:

1.  Mr. Campbell appeared before the Court on October 4, 2006 for his initial appearance pursuant to a criminal complaint charging him with possession of a firearm in violation of 18 U.S.C. 922(g)(1). After advising Mr. Campbell of his rights, the Court granted the government's request to detain Mr. Campbell without bond under 18 U.S.C. 3142(d)(iii). The Court scheduled a consolidate and detention hearing for October 10, 2006.

2.  On October 10, 2006 undersigned counsel moved to continue the consolidated and detention hearing and preliminary hearing and to exclude ten (10) under the Speedy Trial Act. For the reasons proffered to the Court, the motion to continue the hearing and exclude time was granted. The Court rescheduled the matter for 9:30 on October 20, 2006.

3.  Undersigned counsel, moves the Court to continue the hearing scheduled for October

20, 2006 and to exclude twenty one (21) days from the Speedy Trial Act pursuant to 18 U.S.C. 3161(h)(1)(I). Undersigned counsel is requesting the additional time in order to continue discussions with the government over resolving this matter. Mr. Campbell has agreed to the continuance and the exclusion of time under the Speedy Trial Act. The exclusion of the twenty one days best serve the ends of justice and outweigh the interest of the public and of Mr. Campbell. Mr. Campbell acknowledges that by agreeing to the instant Motion he will be held without bond during the interim period.

4.    Undersigned Counsel has been unable to reach Government Counsel, Angela George, regarding the instant motion. Counsel did leave a message providing the details for the motion.

5.    Undersigned counsel is available for the consolidated detention and preliminary hearing on Thursday, November 9, 2006.

Wherefore, for the foregoing reasons, Mr. Campbell respectfully requests the Court to grant his Motion to Continue the Consolidate Detention and Preliminary Hearing and to exclude twenty one days from the Speedy Trial Act.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Crim. No. 06-428(DAR) |
| v. | ) | |
| **DOMINIQUE L. CAMPBELL** | ) | |

**ORDER**

Upon consideration of the defendant's Motion to Continue the Consolidate Detention and Preliminary Hearing and to Exclude Time under the Speedy Trial Act and good cause having been shown, it is hereby

**ORDERED** that defendant's motion is granted; and it is

**FURTHER ORDERED** that the defendant's Detention and Preliminary Hearing is scheduled for November 9, 2006 at 1:45 p.m. and that a total of twenty one (21) days is excluded because the Court finds that ends of justice outweigh the best interest of the public and the defendant in granting the continuance and exclusion of time.

**SO ORDERED**

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE

_____
DATE

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Angela George
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530