UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 06-335 (RJL) |
| v. | : | |
| | : | |
| DOMINIQUE L. CAMPBELL | : | VIOLATION |
| | : | (18 U.S.C. 922(g)(1)) |
| Defendant. | : | |

FILED
JAN 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Cr. P. 11, defendant DOMINIQUE L. CAMPBELL agrees and stipulates as follows:

If this case were to go to trial, the government's evidence would have established beyond a reasonable doubt that:

On or about October 4, 2006, at about 12:49 a.m. in the area of Ridge Road at Texas Avenue, S.E., members of the Metropolitan Police Department (MPD) observed a silver Chrysler Sebring bearing Maryland tags 7CBC80 traveling southeast on Ridge Road at a high rate of speed. While using the calibrated speedometer of cruiser NCR #65197 MPD officer Brecht paced the Chrysler for about ½ mile and determined the vehicle to be traveling 40 miles per hour in a 25 miles per hour zone. A traffic stop was conducted during which time the odor of alcohol emanated from the driver's mouth; the driver was identified as the defendant Dominique L. Campbell. MPD officer Brecht asked the defendant whether he had had anything to drink to which the defendant replied he had 3 beers and a shot of Henessey. MPD officer Brecht asked the defendant to exit the vehicle to conduct field sobriety tests. As the defendant exited the vehicle, MPD officer Brecht asked the defendant whether he had any weapons on him at which time the defendant looked to his waist area. A struggle between the officer and the defendant

ensued. During the struggle, a hand gun fell from the defendant's person. The handgun was a black semi-automatic 9mm - PC handgun, serial #EA10616 loaded with one (1) round in the chamber and nine (9) rounds in the magazine.

The defendant was previously convicted on January 22, 2001 of a crime punishable by imprisonment for a term exceeding one year in the U.S. District Court for the District of Columbia in case number 01-295. Specifically, the defendant pled guilty to Unlawful Possession of a Firearm and Ammunition by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1).

This factual proffer is a summary of the defendant's actions, and is not intended to be a complete accounting of all facts and events related to that offense or other offenses. The limited purpose of this factual proffer is to demonstrate that a factual basis exists to support the defendant's guilty plea to the offense of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1).

### DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense, and declare under penalty of perjury that it is true and correct.

Date: 12  8  06

Dominique L. Campbell
Defendant

I have discussed this Statement of Offense with my client, Mr. Campbell. I concur with his decision to stipulate to this Statement of Offense.

Date: 12/12/06

Carlos, Vaneges
Defendant's Counsel